# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** | ) ) ) | **CASE NO.  1:07CV672** |
| PLAINTIFF , | ) ) | **JUDGE PETER C. ECONOMUS** |
| V. | ) ) | |
| **ANNE L. DIJULIUS, et al.,** | ) ) ) | **ORDER** |
| DEFENDANTS. | ) ) | |

On October 18, 2007, this Court issued an order assigning this case to Magistrate Judge George J. Limbert (Dkt. # 36) for determining Plaintiff Deutsche Bank National Trust Company's ("Plaintiff") Motion for Summary Judgment (Dkt. # 29).  On August 7, 2008, the Magistrate issued a Report and Recommendation (Dkt. # 52), recommending that the Court GRANT the Plaintiff's Motion for Summary Judgment.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Defendants have failed to timely file any such objections.  Therefore, the Court must assume that Defendants are satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

1

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 52) is hereby **ADOPTED**. Plaintiff's Motion for Summary Judgment (Dkt. # 29) is **GRANTED**.

**IT IS SO ORDERED**.

>  **/s/ Peter C. Economus – September 2, 2008**
>  **PETER C. ECONOMUS**
>  **UNITED STATES DISTRICT JUDGE**